UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

CASE NO: 12-07250-JW

ORDER OF DISMISSAL (PURSUANT TO LOCAL BANKRUPTCY RULE 1017-2(b))

The relief set forth on the following pages for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**02/07/2013**



*signature: John E. Waites*

Chief US Bankruptcy Judge
District of South Carolina

Entered: 02/07/2013

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>FRANK SCOTT DABNEY<br>KATHRYN HARRELLE DABNEY<br>1844 CHELWOOD CIRCLE<br>CHARLESTON, SC  29407<br><br>Debtors | CASE NO:  12-07250-JW<br><br>(CHAPTER 13)<br><br>**ORDER OF DISMISSAL (PURSUANT TO LOCAL BANKRUPTCY RULE 1017-2(b))** |

It appears that the Debtors have failed to appear at the meeting of creditors (or at a continued or special meeting of creditors) or have failed to appear prepared to proceed, such that dismissal pursuant to SCLBR 1017-2(b) is appropriate.

IT IS ORDERED that:

1. This case is dismissed;

2. The clerk shall close the case;

3. Any fees due to the Clerk of Court pursuant to 28 U.S.C. § 1930 and the appendix thereto, including filing fees, shall be paid within ten (10) days of the entry of this order, unless otherwise ordered by this court.

This Date: 2/4/2013